409 A.2d 857

**David A. BECKER, Appellant,**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW of
the Commonwealth of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

Argued Dec. 11, 1979.

Decided Jan. 18, 1980.

Graham C. Showalter, Lewisburg, for appellant.

Michael D. Klein, Asst. Atty. Gen., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX,
LARSEN and FLAHERTY, JJ.

OPINION OF THE COURT

PER CURIAM:

The petition for allowance of appeal having been improvidently granted, the appeal is dismissed.